Willie PATTON, Appellant, v. The STATE of Texas, Appellee.

No. 20218.

Court of Criminal Appeals of Texas.

Dec. 21, 1938.

Grady Hazelwood and W. J. Flesher, both of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

Charles James WHITE, Appellant, v. STATE, Appellee.

No. 20022.

Court of Criminal Appeals of Texas.

Oct. 12, 1938.

Clarke Wills, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for ten years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

The CONTINENTAL SUPPLY CO., Appellant, v. H. C. SHANKLE and T. J. Murray, Appellees.

No. 10396.

Court of Civil Appeals of Texas.
San Antonio.

Dec. 14, 1938.

Keys & Holt and Hayden W. Head, all of Corpus Christi, for appellant.

Thos. H. Ward, of Laredo, for appellees.

MURRAY, Justice.

Affirmed without written opinion. Associated Indemnity Corporation v. Gatling, Tex.Civ.App., 75 S.W.2d 294; Tucker v. Higdon, Tex.Civ.App., 115 S.W.2d 973; Arts. 1873 and 1874, R.C.S.1925.

J. A. HAWKINS et al., Appellants, v. John BRANNAN et ux., Appellees.

No. 10345.

Court of Civil Appeals of Texas.
San Antonio.

Nov. 30, 1938.

Rehearing Denied Jan. 25, 1939.

Cecil R. Fulton, of McAllen, for appellants.

G. F. Dohrn, of Mission, for appellees.

MURRAY, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294.